IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Billy J. Covington, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:18cv511 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Anthony Cadogen, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on July 9, 2019 (Doc. 39), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 23, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, defendants' motion for judgment on the pleadings (Doc. 19) is GRANTED. This matter is TERMINATED from the docket of this Court.

The pending motions (Docs 40 and 43) are DENIED as MOOT.

IT IS SO ORDERED.

                                                       ___s/Susan J. Dlott_____
                                                       Judge Susan J. Dlott
                                                       United States District Court